WRIGHT, FINLAY & ZAK, LLP
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
(702) 475-7964; Fax: (702) 946-1345
nlehman@wrightlegal.net
*Attorneys for Plaintiff Guild Mortgage Company*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| GUILD MORTGAGE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>SATICOY BAY LLC SERIES 7570 W FLAMINGO RD #258, a Nevada limited liability company; RAIN TREE CONDOMINIUM HOMEOWNERS ASSOCIATION, a Nevada non-profit corporation; HOA LAWYERS GROUP, LLC, a Nevada limited liability company,<br><br>Defendants.<br><br>SATICOY BAY LLC SERIES 7570 W FLAMINGO RD #258, a Nevada limited liability company,<br><br>Counter-Claimant,<br><br>vs.<br><br>GUILD MORTGAGE COMPANY,<br><br>Counter-Defendant. | Case No.: 2:19-cv-01003-RFB-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR PLAINTIFF TO FILE ITS RESPONSE TO DEFENDANT SATICOY BAY LLC SERIES 7570 W FLAMINGO RD #258'S COUNTERCLAIM [ECF 8]**<br><br>**(FIRST REQUEST)** |

Plaintiff/Counter-Defendant, Guild Mortgage Company (hereinafter "Plaintiff" or "Guild"), by and through its counsel of record, and Defendant/Counter-Claimant, Saticoy Bay LLC Series 7570 W Flamingo Rd #258 ("Saticoy"), by and through its counsel of record, hereby stipulate and agree that Guild shall have an extension of time of fourteen (14) days, up to and

including August 16, 2019, in which to file its Response to Saticoy's Counterclaim [ECF 8], filed on July 12, 2019. The parties are in discussion of settlement and therefore, the parties agree to extend the deadline for Plaintiff's response which is currently due to be filed on or before August 2, 2019 to August 16, 2019.

The requested extension is necessary to allow counsel for Guild and Saticoy to fully evaluate the possibility of settlement. This is the parties' first request for an extension and is not intended to cause any delay or prejudice to any party.

IT IS SO STIPULATED.

DATED this 26th day of July, 2019.

WRIGHT, FINLAY & ZAK, LLP

*/s/ Natalie C. Lehman, Esq.*
Natalie C. Lehman, Esq.
Nevada Bar No. 12995
7785 W. Sahara Ave., Suite 200
Las Vegas, NV 89117
*Attorney for Plaintiff, Guild Mortgage Company*

DATED this 26th day of July, 2019.

LAW OFFICES OF MICHAEL F. BOHN, ESQ., LTD.

*/s/ Michael F. Bohn, Esq.*
Michael F. Bohn, Esq.
Nevada Bar No. 1641
2260 Corporate Circle, Ste. 480
Henderson, Nevada 89074
*Attorneys for Defendant, Saticoy Bay LLC Series 7570 W Flamingo Rd #258*

**ORDER**

IT IS SO ORDERED.

Dated this 30th day of July, 2019.

_____
UNITED STATES MAGISTRATE JUDGE